**No. 10-5668. Tyron Stafford, Petitioner v. Thomas Ammons, et al.**

562 U.S. 1172, 131 S. Ct. 985, 178 L. Ed. 2d 814, 2011 U.S. LEXIS 23.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 965, 131 S. Ct. 461, 178 L. Ed. 2d 293, 2010 U.S. LEXIS 8037.

**No. 10-5681. W. Brett Reid, Petitioner v. Swift Transportation Company, Inc.**

562 U.S. 1172, 131 S. Ct. 985, 178 L. Ed. 2d 814, 2011 U.S. LEXIS 322.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 934, 131 S. Ct. 335, 178 L. Ed. 2d 218, 2010 U.S. LEXIS 7360.

**No. 10-5701. Samer Karawi, Petitioner v. United States.**

562 U.S. 1172, 131 S. Ct. 985, 178 L. Ed. 2d 814, 2011 U.S. LEXIS 157.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 935, 131 S. Ct. 337, 178 L. Ed. 2d 219, 2010 U.S. LEXIS 7198.

**No. 10-5729. Carl Allen Nakagawa, Petitioner v. Colorado.**

562 U.S. 1172, 131 S. Ct. 985, 178 L. Ed. 2d 814, 2011 U.S. LEXIS 425.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 936, 131 S. Ct. 339, 178 L. Ed. 2d 221, 2010 U.S. LEXIS 7212.

**No. 10-5814. Hung Ha, Petitioner v. James A. Richman, et al.**

562 U.S. 1172, 131 S. Ct. 986, 178 L. Ed. 2d 814, 2011 U.S. LEXIS 223.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 967, 131 S. Ct. 469, 178 L. Ed. 2d 298, 2010 U.S. LEXIS 8055.

**No. 10-5823. Alberta Hubbard, Petitioner v. Detroit Public Schools.**

562 U.S. 1172, 131 S. Ct. 986, 178 L. Ed. 2d 814, 2011 U.S. LEXIS 303.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 968, 131 S. Ct. 470, 178 L. Ed. 2d 299, 2010 U.S. LEXIS 8120.

**No. 10-5824. Jerry Lynn Taylor, Petitioner v. James A. Yates, Warden.**

562 U.S. 1172, 131 S. Ct. 986, 178 L. Ed. 2d 814, 2011 U.S. LEXIS 519.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 968, 131 S. Ct. 471, 178 L. Ed. 2d 299, 2010 U.S. LEXIS 8057.